THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ENRIQUE AGUILAR VALENCIA, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. CR15-0202-JCC<br><br>MINUTE ORDER |

　　　This matter comes before the Court on the parties' stipulated motion to continue trial date and deadline to file pretrial motions (Dkt. No. 126). Having considered the stipulated motion, any responses, filings, or memoranda related thereto, and all the files and records herein, the Court finds as follows:

1.　　The facts and circumstances are as set forth in the stipulated motion (Dkt. No. 126);

2.　　Failure to grant a continuance in this case will deny counsel the reasonable time necessary for effective preparation of trial and other pretrial proceedings, taking into account the exercise of due diligence;

3.　　Failure to grant a continuance would likely result in a miscarriage of justice and the case is complex due to such factors as the number of defendants;

4.　　The ends of justice served by granting this continuance outweigh the best interest of the

MINUTE ORDER
PAGE - 1

public and the defendants in a speedy trial;

5. All these findings are made within the meaning of 18 U.S.C. §§ 3161(h)(7)(A) and (B)(i),(ii) and (iv);

6. The period of time from the filing date of the stipulated motion until the new trial date, set forth below, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that:

7. The jury trial in this matter is continued to Monday, May 16, 2016, and joined with that of co-defendants in the above-captioned matter.

8. Pretrial motions are due no later than Thursday, March 17, 2016.

9. Defendants shall immediately file with the Court a waiver of their rights under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, through the aforementioned trial date, consistent with this order.

DATED this 31st day of December 2015.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk