THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ENRIQUE AGUILAR VALENCIA,<br><br>Defendant. | CASE NO. CR15-0202-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' motions to seal their sentencing materials (Dkt. Nos. 309, 311). Given the sensitive nature of the information contained in the filings, the Court finds good cause to seal. The motions to seal (Dkt. Nos. 309, 311) are GRANTED. Docket Numbers 310, 313, and 314 shall REMAIN sealed.

DATED this 27th day of March 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk