The Honorable John C. Coughenour

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>GUADALUPE FARIAS-SAVALA,<br><br>Defendant. | No. CR15-0202-JCC-2<br><br>[~~PROPOSED~~]<br>ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States (**Dkt No 472**) for leave to dismiss all pending supervised release violations in this matter as to GUADALUPE FARIAS-SAVALA, Defendant.

IT IS HEREBY ORDERED:

All pending violations in the above-captioned case against the above-captioned Defendant are dismissed, without prejudice.

DATED this 7th day of August 2026.

THE HON. JOHN C. COUGHENOUR
United States District Court Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*s/ Vincent T. Lombardi*

VINCENT T. LOMBARDI
Assistant United States Attorney



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970